THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Christopher C. Mikell, Appellant.
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court Judge

Unpublished Opinion No. 2005-UP-462
Submitted July 1, 2005  Filed July 26, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General and Solicitor Walter Blair Geise, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Christopher Mikell appeals his conviction for trafficking in crack cocaine.  His counsel contends the trial court erred in failing to direct a verdict in his favor because the State failed to prove Mikell had actual or constructive possession of the crack cocaine.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Mikells appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED[1]
GOOLSBY, HUFF, and KITTREDGE, JJ., concur. 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.